UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATIONAL TRUST INSURANCE COMPANY,

    Plaintiff,

v.   Case No. 8:11-cv-1437-T-33MAP

GRAHAM BROTHERS CONSTRUCTION
COMPANY, INC., SPECIALIZED
SERVICES, INC., LEN-VERANDAHS, LLP,
and TED GRAHAM,

    Defendants.
_____/

**ORDER ON REMAND**

This matter comes before the Court pursuant to the Eleventh Circuit's Limited Remand Order issued April 24, 2013. (Doc. # 127). For the reasons that follow, the Court finds that subject matter jurisdiction does not exist in this action under 28 U.S.C. § 1332.

**Discussion**

On April 22, 2013, the Eleventh Circuit remanded the case to this Court "for the limited purpose of determining whether subject-matter jurisdiction exists under 28 U.S.C. § 1332." (Id. at 2) (internal citations omitted). "Specifically, the district court should determine the location of National Trust Insurance Company's principal

place of business on August 10, 2010, the date that it filed this action." (Id. at 2-3).

On April 25, 2013, this Court directed Plaintiff-Counter Defendant-Appellee National Trust Insurance Company and Defendant-Counter Claimant-Appellant Len Verandahs, LLP to file memorandums of law addressing the citizenship of National Trust at the time this case was filed. Specifically, per the Eleventh Circuit's remand Order, the parties were instructed to advise the Court of National Trust's principal place of business. (Doc. # 128). Len Verandahs filed its response to the Court's Order on May 9, 2013 (Doc. # 130), arguing that National Trust's "own filings with various state agencies and courts reveal conclusively that its principal place of business was in Sarasota, Florida . . . ." (Id. at 2). National Trust filed its response to the Court's Order on May 10, 2013, claiming that "[a]t the time of filing, NTIC was and still is an Indiana corporation. NTIC's corporate filings in Indiana list its principal place of business as 12800 North Meridian Street, Carmel, Indiana 46032." (Doc. # 132).

Nevertheless, on May 22, 2013, National Trust filed what it titled a "Supplemental Memorandum of Law Regarding Subject Matter Jurisdiction and Citizenship of National

2

Trust Insurance Company." (Doc. # 134). In this filing, National Trust states that "if it were asked to amend its Declaratory Judgment Complaint in this case, it would allege that [] from August 10, 2011 [sic] to the present it was an Indiana corporation with a principal place of business in Florida. National Trust Insurance Company hereby withdraws the sections of its brief that allege diversity of citizenship." (Id. at 1).

On May 23, 2013, this Court held what was intended to be an evidentiary hearing to afford the parties an additional chance to present the Court with information regarding diversity jurisdiction. At that hearing, Robert Darroch, Esq., counsel for National Trust, reiterated to the Court that it is now National Trust's position that on August 10, 2010, the date National Trust filed this action, National Trust's principal place of business was in the state of Florida. Counsel for Len Verandahs, John Dannecker, Esq., accepted Mr. Darroch's statement as correct. (Doc. # 140).

Based on these representations, the Court finds that on August 10, 2010, National Trust was incorporated under

3

the laws of the state of Indiana,[1] with its principal place of business in the state of Florida. Accordingly, National Trust is deemed to be a citizen of the states of Indiana and Florida. See Am. Motorists Ins. Co. v. Am. Emp. Ins. Co., 600 F.2d 15, 16 n.1 (5th Cir. 1979) ("For purposes of determining diversity of citizenship a corporation is deemed 'a citizen of any State by which it has been incorporated and of the State where it has its principal place of business . . . .'") (citing 28 U.S.C. s 1332(c)).

Furthermore, although National Trust failed to sufficiently allege in the Amended Complaint the citizenship of all of Len Verandahs' partners, as is required for a limited liability partnership, see Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1021 (11th Cir. 2004), the Court finds that Len Verandahs is also a citizen of Florida. In its response to the Eleventh Circuit's jurisdictional questions, Len Verandahs states, "At the time NTIC commenced the underlying lawsuit (and since then), Len-Verandahs' managing partner was Lennar Homes, LLC, whose managing member was U.S. Home Corporation, whose principal place of

---

[1] There is no disagreement in the record that as of August 10, 2010, National Trust was incorporated in the state of Indiana. (See Doc. # 6 at ¶ 1; Doc. # 130-1).

4

business is in Miami, Florida." (Len Verandahs Resp. at 6-7). Additionally, at the May 23, 2013, hearing, the parties agreed that Len Verandahs is a citizen of the state of Florida.

Accordingly, based on the statements of counsel at the May 23, 2013, evidentiary hearing, the Court finds that both National Trust and Len Verandahs are citizens of the state of Florida and, thus, complete diversity does not exist in this matter and the Court does not have subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1332.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) In accordance with the limited remand of the Eleventh Circuit (Doc. # 127), the Court finds that at the time the action was filed, Plaintiff-Counter Defendant-Appellee National Trust Insurance Company was a citizen of Indiana and Florida and that Defendant-Counter Claimant-Appellant Len Verandahs, LLP was a citizen of Florida. Therefore, subject matter jurisdiction does not exist in this action under 28 U.S.C. § 1332.

5

(2) As instructed by the Eleventh Circuit, the Clerk is directed to mail a certified copy of this Order on Remand, accompanied by an updated indexed district court docket sheet, to the United States Court of Appeals for the Eleventh Circuit, C/O Tonya L. Richardson, Elbert Parr Tuttle Court of Appeals Building, 56 Forsyth Street, N.W., Atlanta, Georgia 30303.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 24th day of May, 2013.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record

United States Court of Appeals
for the Eleventh Circuit
C/O Tonya L. Richardson
Elbert Parr Tuttle Court of Appeals Building
56 Forsyth Street, N.W.
Atlanta, Georgia 30303